# UNITED STATES DISTRICT COURT
## District of Minnesota

Senthil Kumar Subramanian

**JUDGMENT IN A CIVIL CASE**

Plaintiff(s),

v.

Case Number: 18cv661 WMW/BRT

Tata Consultancy Services Limited,  Tata
America International Corporation

Defendant(s).

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been
tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have
been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
the above matter is dismissed with prejudice and with each party bearing its own costs and
attorneys' fees.

Date: 2/15/2019

KATE M. FOGARTY, CLERK

s/M. Giorgini

(By)   M. Giorgini, Deputy Clerk